IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

**Plaintiff,**

v.

STEVEN H. MADDEN,

**Defendant.**                                                                 No. 09-30063-DRH

### ORDER

**HERNDON, Chief Judge**:

Now before the Court is Madden's February 11, 2010 motion to continue (Doc. 127). Specifically, Madden moves to continue the February 22, 2010 trial as he needs additional time to conduct plea negotiations. The Government does not object to the continuance. The Court being fully advised in the premises finds that Defendant Madden needs additional time to conduct plea negotiations. Further, the Court finds that pursuant to **18 U.S.C. § 3161(h)(7)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial.

The Court **GRANTS** the motion to continue (Doc. 127). The Court **CONTINUES** the jury trial scheduled for February 22, 2010 to **Monday, March 22, 2010 at 9:00 a.m.** The time from the date the original motion was filed, February 11, 2010, until the date to which the trial is rescheduled, March 22, 2010, is

excludable time for the purposes of speedy trial. Should either party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance. Further, the parties shall notify the Court if a change of plea hearing is necessary.

**IT IS SO ORDERED.**

Signed this 16th day of February, 2010.

/s/ David R Herndon
**Chief Judge**
**United States District Court**