IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**STEVE H. MADDEN,**

**Defendant.**                                                                                  **No. 09-30063-DRH**

### ORDER

**HERNDON, Chief Judge:**

        This matter was referred to United States Magistrate Clifford J. Proud for the specific purpose of conducting a change of plea for Defendant Madden, pursuant to **28 U.S.C. § 636, LOCAL RULE 72.1(b)(2)** and Defendant Madden's consent (Doc. 135). Pursuant to **FEDERAL RULE OF CRIMINAL PROCEDURE 11**, the change of plea hearing was held on March 5, 2010 (Doc. 136). During the change of plea, Defendant Madden pleaded guilty to the sole count of the Indictment, conspiracy to manufacture methamphetamine, following a thorough colloquy with Judge Proud. Thereafter, Judge Proud issued a Report and Recommendation ("the Report") recommending that the Court accept Defendant Madden's plea of guilty (Doc. 137).

        In accordance with **28 U.S.C. § 636(b)(1)(B)**, the parties were allowed fourteen days to file written objections. As of this date, neither party has filed an objection. Therefore, the Court **ADOPTS** the Report in its entirety. Thus, it is the

finding of the Court in the case of *United States v. Steven H. Madden*, that Defendant Madden was fully competent and capable of entering an informed plea, that Defendant Madden was aware of the nature of the charges and the consequences of the plea, and that the plea of guilty was a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense. Accordingly, the Court **ACCEPTS** the guilty plea and **ADJUDGES** Steven H. Madden **GUILTY** on the sole count of the Indictment. The Court **REMINDS** the parties that this matter for sentencing on June 11, 2010 at 9:00 a.m.

    **IT IS SO ORDERED.**

    Signed this 23rd day of March, 2010.

    /s/ DavidRHerndon
    **Chief Judge**
    **United States District Court**